REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

2009 SP 16 PM 1:48

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY:_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [COUNTS 1-2 – Vio: 18 U.S.C. § |
| | § | 924(a)(1)(A): Commit False Statement |
| FRANCISCO GUARDADO | § | in Acquisition of Firearm.] |

THE GRAND JURY CHARGES:

# DR09CR1191

COUNT ONE
[18 U.S.C. § 924(a)(1)(A)]

That on or about October 18, 2008, in the Western District of Texas, Defendant,

FRANCISCO GUARDADO

knowingly made a false statement and representation with respect to information required by the

provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Hesles Store

#1 d/b/a Hesles Gun and Knives Store, a business licensed under the provisions of Chapter 44 of

Title 18, United States Code, in that Defendant executed a Bureau of Alcohol, Tobacco, and

Firearms Form 4473, Firearms Transaction Record, representing that he was the actual buyer of the

firearm indicated on the form, when in fact he was not the actual buyer of this firearm, in violation

of Title 18, United States Code, Section 924(a)(1)(A).

COUNT TWO
[18 U.S.C. § 924(a)(1)(A)]

That on or about December 5, 2008, in the Western District of Texas, Defendant,

FRANCISCO GUARDADO

knowingly made a false statement and representation with respect to information required by the

provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Hesles Store #1 d/b/a Hesles Gun and Knives Store, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473, Firearms Transaction Record, representing that he was the actual buyer of the firearm indicated on the form, when in fact he was not the actual buyer of this firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL.

JOHN E. MURPHY
Acting United States Attorney

By: _____
    BENJAMIN D. SEAL
    Assistant United States Attorney

SEALED:

UNSEALED: XX

# DR09CR1191

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: MAVERICK          USAO #:

DATE: September 16, 2009          MAG. CT. #:

AUSA: BENJAMIN D. SEAL

DEFENDANT: FRANCISCO GUARDADO

CITIZENSHIP: United States

INTERPRETER NEEDED: No          Language: English

DEFENSE ATTORNEY: Not Available

ADDRESS OF ATTORNEY: Not Available

DEFENDANT IS: FUGITIVE          DATE OF ARREST: N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT.

OFFENSE: (Code & Description): Count 1-2- 18 U.S.C. §924(a)(1)(A) Commit False Statement in Acquisition of Firearms.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For each count - 0-5 years imprisonment; up to $250,000 fine; up to 3 years of supervised release.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above          W/DT-CR-3